**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **THIERRY ROUSSEL and TINA ALEXANDER, individually and on behalf of all others similarly situated** | § | **PLAINTIFFS** |
| **v.** | § | **Civil No. 1:26cv168-HSO-BWR** |
| **SINGING RIVER HEALTH SYSTEM** | § | **DEFENDANT** |

**FINAL JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**

The Court, after a full review and consideration of the record in this case and relevant legal authority, finds that in accord with its Memorandum Opinion and Order [23] entered herewith,

**IT IS, ORDERED AND ADJUDGED** that, this Civil Action is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

**SO ORDERED**, this the 14th day of October, 2026.

s/ Halil Suleyman Ozerden
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE